IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:12-cv-02074-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 19, 2012** | Courtroom Deputy: Robin Mason |

| | |
|---|---|
| *Parties:* | *Counsel:* |
| COURTNEY CLARK, | Kip Brian Shuman |
|     Plaintiff, | |
| v. | |
| KENT J. THIRY, *et al.*, | Ian J. Kellogg |
| | Judson Earle Lobdell |
|     Defendants. | |

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      9:18 a.m.**
Court calls case.  Appearances of counsel.

Discussion between the court and the parties regarding the defendant's  Joint MOTION to Stay Proceedings, to Vacate Order Setting Scheduling Conference and Related Deadlines, and to Stay Responsive Pleading Deadlines (Docket No. 28, filed on 10/12/2012).

For reasons as stated on the record,

**ORDERED:**   The court **DENIES** the defendant's Joint MOTION to Stay Proceedings, to Vacate Order Setting Scheduling Conference and Related Deadlines, and to Stay Responsive Pleading Deadlines (Docket No. 28, filed on 10/12/2012).  Without opposition from parties, this case shall be administratively closed.  The parties are advised that at any time, upon the showing of good case, they may move to have this case reopened.

HEARING CONCLUDED.

**Court in recess**:     **9:21 a.m.**
Total time in court:     00:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.