**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 12-cv-02074-WJM-CBS and 13-cv-1308-WJM-CBS

*In re DaVita HealthCare Partners, Inc. Derivative Litigation*

---

### JOINT NOTICE OF SETTLEMENT

---

        Pursuant to District of Colorado Local Civil Rule 40.2(b), Plaintiff Haverhill Retirement

System (derivatively on behalf of DaVita HealthCare Partners Inc. ("DaVita")), Nominal

Defendant DaVita, and the Individual Defendants,[1] by and through their respective counsel,

hereby notify the Court that the parties have agreed to settle this pending derivative litigation.

The parties' agreement to settle this case is subject to formal documentation, approval by

DaVita's Board of Directors, approval by Haverhill Retirement System's Board of Directors, and

approval by the Court.  The parties will present the settlement to the Court for approval at their

earliest opportunity.

---

[1] The Individual Defendants named in Haverhill's Complaint are the members of DaVita's Board of Directors:  Kent J. Thiry, Dr. Robert J. Margolis, Pamela M. Arway, Charles G. Berg, Carol Anthony Davidson, Paul J. Diaz, Peter T. Grauer, John M. Nehra, Dr. William L. Roper, and Roger J. Valine.

dn-174393

Dated:  August 27, 2014

Respectfully submitted,


s/_____Judy Scolnick_____

    Judy Scolnick
    Thomas L. Laughlin
    SCOTT + SCOTT,LLP
    The Chrysler Building
    405 Lexington Ave., 40th Floor
    New York, NY  10174
    Telephone: (212) 223-6444
    Facsimile: (212) 223-6334
    Email: jscolnick@scott-scott.com
            tlaughlin@scott-scott.com

    Jeffrey A. Berens
    Darby K. Kennedy
    DYER & BERENS LLP
    303 East 17th Avenue, Suite 810
    Denver, CO 80203
    Telephone: (303) 861-1764
    Email: jeff@dyerberens.com
            darby@dyerberens.com

    Attorneys for Plaintiff Haverhill
    Retirement System


s/ Judson Lobdell

    Morrison & Foerster LLP
    Jordan Eth
    Judson Lobdell
    425 Market Street
    San Francisco, CA  94105
    Telephone:  (415) 268-7000
    Facsimile:  (415) 268-7522
    Email:  JEth@mofo.com
           JLobdell@mofo.com

    Ian J. Kellogg
    370 17th Street, Suite 5200
    Denver, CO  80202
    Telephone: (303) 592-1500
    Facsimile: (303) 592-1510
    Email:  IKellogg@mofo.com

    Attorneys for Nominal Defendant DaVita
    HealthCare Partners Inc., a Delaware
    corporation, and the Individual Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Judith S. Scolnick | jscolnick@scott-scott.com |
| John Timothy Jasnoch | jjasnoch@scott-scott.com |
| Thomas Livezey Laughlin, IV | tlaughlin@scott-scott.com |
| Kip Brian Shuman | kip@shumanlawfirm.com |
| Jeffrey Allen Berens | jeff@dyerberens.com |
| Darby K. Kennedy | darby@dyerberens.com |

/s/      Judson Lobdell

dn-174393