IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: May 1, 2015 |
| Court Reporter:  Gwen Daniel | Time: one hour and 6 minutes |

---

Civil Action No. 12-cv-02074-WJM-CBS
and 13-cv-1308-WJM-CBS

<u>Counsel:</u>

COURTNEY CLARK, Drivatively on
Behalf If Nominal Defendant Davita,
Inc., et al.,

Judith S. Scolnick
Jeffrey A. Berens

    Plaintiffs,

v.

KENT J. THIRY, et al.,

Judson E. Lobdell

    Defendants.

---

## COURTROOM MINUTES

---

FAIRNESS HEARING

02:03 p.m.    Court in Session.

Court's comments

    This matter is before the Court for a class action settlement and fairness hearing as to which the members of the class have received Notice pursuant to prior Order of the Court. The Court advises the lawyers regarding the order of proceeding for this hearing.

The Court summarizes the background of the action.

02:11 Argument by Ms. Scolnick

02:49 Argument by Mr. Lobdell

02:52 Argument by Ms. Scolnick

Discussion

03:03 The Court asks whether there are any objectors to the proposed settlement of this class action present in the courtroom.

No one in the courtroom comes forward to assert any objection against the settlement.

The Court briefly summarizes its intended rulings which will be fully set forth in a written order.

**ORDERED:** **The Lead Plaintiff's Unopposed Motion For Final Approval of Amended Settlement [102] is GRANTED.**

**ORDERED:** **The Lead Plaintiff's Unopposed Motion And Memorandum In Support of Award of Attorneys' Fees, Reimbursement of Expenses, And Payment of an Incentive Award to Lead Plaintiff [103] is TAKEN UNDER ADVISEMENT.**

03:09 p.m.   Court in Recess
             Hearing concluded