**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2074-WJM-CBS
Consolidated with:   13-cv-1308-WJM-CBS

IN RE DAVITA HEALTHCARE PARTNERS, INC. DERIVATIVE LITIGATION

FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Granting Final Approval of Derivative Litigation Settlement and Granting in Part Motion for Attorneys' Fees, entered by the Honorable William J. Martínez, United States District Judge, on June 5, 2015,

IT IS ORDERED that

1. Lead Plaintiff's Unopposed Motion for Final Approval of Amended Settlement (ECF No. 102) is GRANTED;

2. The Amended Settlement Agreement (ECF No. 100-1) is fully and finally APPROVED;

3. Plaintiff's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Expenses (ECF No. 103) is GRANTED IN PART.  The Court AWARDS Lead Plaintiff's counsel $6,191,137.19 in attorneys' fees and expenses;

4. Final Judgment is entered in accordance with the June 5, 2015 Order (ECF No. 109);

      5.      Post-judgment interest shall accrue at the rate of .27% per annum from the date of entry of Final Judgment.

Dated at Denver, Colorado this 9th day June 2015.

APPROVED BY THE COURT:           FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen

Judge William J. Martínez               Deborah Hansen, Deputy Clerk